UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:16-cr- 162-01/16-PB |
| | ) | |
| ALBERTO GUERRERO MARTE | ) | |
| a/k/a Deivi, | ) | |
| SANTOS GUERRERO MORILLO | ) | |
| a/k/a Elvin, a/k/a Kevin, | ) | |
| a/k/a Pedro Oscar Rojas, | ) | |
| MICHELL DEJESUS, | ) | |
| FNU LNU a/k/a Luis Rodriguez Lugo, | ) | |
| a/k/a Boss, | ) | |
| FNU LNU a/k/a Maribel Santiago-Ramos, | ) | |
| a/k/a La Cuna, a/k/a Miguelina, | ) | |
| ALLISON DEJESUS, | ) | |
| JONALY DEJESUS, | ) | |
| ALLAN RAYMOND PIMENTEL, | ) | |
| FNU LNU a/k/a Alexis Garcia, | ) | |
| FNU LNU a/k/a Wilkins Bertre, | ) | |
| a/k/a El Barbero, | ) | |
| HEIBRAHIM DELVALLE BAEZ | ) | |
| a/k/a Nato, | ) | |
| ALFREDO GONZALEZ | ) | |
| a/k/a Aguadillo, | ) | |
| QUERZON BAEZ, | ) | |
| PEDRO CARLOS VICENTE GUERRERO | ) | |
| a/k/a/ Omar Camacho, a/k/a Bunguito, | ) | |
| FNU LNU a/k/a Tony, a/k/a Edward Garcia, | ) | |
| a/k/a Eric Guerrero, and | ) | |
| FNU LNU a/k/a Todolindo, a/k/a El Lindon, | ) | |
| a/k/a Lindy, a/k/a Jose Pimentel | ) | |

## MOTION TO SEAL

NOW COMES Emily Gray Rice, United States Attorney for the District of New Hampshire, and hereby moves that this entire case, including the Indictment and all supporting or related documents, be sealed at Level I until all defendants are taken into custody. Public disclosure of the Indictment prior to the defendants being taken into custody could increase the

risk of the defendants' flight and endanger law enforcement in attempting to effectuate the arrests.

Date:   October 5, 2016                              Respectfully submitted

                                                      EMILY GRAY RICE
United States Attorney

By: /s/  Georgiana L. Konesky
Georgiana L. Konesky
Assistant U.S. Attorney
MA Bar # 685375
53 Pleasant Street, 5th Floor
Concord, NH  03301
(603) 225-1552
georgiana.konesky@usdoj.gov

Motion        ☒Granted        ☐ Denied

/s/ Andrea K. Johnstone
Andrea K. Johnstone
United States Magistrate Judge
Date: 10/5/2016