UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 1:16-cr- 162-12-PB |
| ) | |
| ALFREDO GONZALEZ, ) | |
| a/k/a AGUADILLO ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 5th day of October, 2016.

This 5th day of October, 2016.

EMILY GRAY RICE
United States Attorney

By: /s/ Georgiana L. Konesky
Georgiana L. Konesky
Assistant U.S. Attorney

WARRANT ISSUED:   10/6/2016