## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:16-cr-162-PB |
| **ALBERTO GUERRERO MARTE** | ) | |
| a/k/a Deivi, | ) | |
| **SANTOS GUERRERO MORILLO** | ) | |
| a/k/a Elvin, a/k/a Kevin, | ) | |
| a/k/a Pedro Oscar Rojas, | ) | |
| **MICHELL DEJESUS,** | ) | |
| **FNU LNU a/k/a Luis Rodriguez Lugo,** | ) | |
| a/k/a Boss, | ) | |
| **FNU LNU a/k/a Maribel Santiago-Ramos,** | ) | |
| a/k/a La Cuna, a/k/a Miguelina, | ) | |
| **ALLISON DEJESUS,** | ) | |
| **JONALY DEJESUS,** | ) | |
| **ALLAN RAYMOND PIMENTEL,** | ) | |
| **FNU LNU a/k/a Alexis Garcia,** | ) | |
| **FNU LNU a/k/a Wilkins Bertre,** | ) | |
| a/k/a El Barbero, | ) | |
| **HEIBRAHIM DELVALLE BAEZ** | ) | |
| a/k/a Nato, | ) | |
| **ALFREDO GONZALEZ** | ) | |
| a/k/a Aguadillo, | ) | |
| **QUERZON BAEZ,** | ) | |
| **PEDRO CARLOS VICENTE GUERRERO** | ) | |
| a/k/a/ Omar Camacho, a/k/a Bunguito, | ) | |
| **FNU LNU a/k/a Tony, a/k/a Edward Garcia,** | ) | |
| a/k/a Eric Guerrero, and | ) | |
| **FNU LNU a/k/a Todolindo, a/k/a El Lindon,** | ) | |
| a/k/a Lindy, a/k/a Jose Pimentel | ) | |

_____

## APPEARANCE

Enter my appearance as counsel for the United States in the above-entitled case.

                        Respectfully submitted,

                        EMILY GRAY RICE
                        United States Attorney

        By:    /s/ Donald Feith
                 Donald Feith
                 Assistant U.S. Attorney
                 Bar No. 783
                 53 Pleasant Street, 4th Floor
                 Concord, NH  03301
                 (603) 225-1552
                 Donald.Feith@usdoj.gov

Date:  October 14, 2016

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Appearance was forwarded electronically by ECF  to all counsel of record.

                        /s/ Donald Feith
                        Donald Feith
                        Assistant U.S. Attorney