AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Hampshire

*SEALED DOCUMENT*

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16-cr-162-12-PB |
| Alfredo Gonzalez a/k/a Aguadillo | ) | |
| | ) | |
| | ) | RECEIVED |
| Defendant | ) | OCT 07 2016 |

## ARREST WARRANT

BY: .......................

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alfredo Gonzalez a/k/a Aguadillo                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) & 846.

*2016 OCT 12 P 2: [illegible]  U.S. DISTRICT COURT DISTRICT OF NH FILED*

Date:  10/6/2016                                                   _____
                                                                                    *Issuing officer's signature*

City and state:   Concord, New Hampshire              Jennifer Sacklas, Deputy Clerk
                                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 10/6/2016 , and the person was arrested on *(date)* 10/12/2016
at *(city and state)* USMS Concord, NH

Date: 10/12/2016                                                _____
                                                                                    *Arresting officer's signature*

                                                                                    D. Dempsey, DUSM
                                                                                    *Printed name and title*